784

In the Matter of **WATSON REALTY CO.,** Debtor.

**MILBURN & SEMMES, Appellant, v. WATSON REALTY COMPANY, Appellee.**

No. 8830.

Circuit Court of Appeals, Sixth Circuit.

May 7, 1941.

Milburn & Semmes, of Detroit, Mich., in pro. per.

Harris W. Wienner and Bulkley, Ledyard, Dickinson & Wright, all of Detroit, Mich., for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and the briefs and oral arguments of counsel; and it appearing to the court that the District Court did not abuse its discretion in disallowing appellant's application for compensation, Woods v. City National Bank & Trust Co. of Chicago, 312 U.S. 262, 61 S.Ct. 493, 85 L.Ed. ——, decided February 3, 1941; Dickinson Industrial Site v. Cowan, 309 U.S. 382, 389, 60 S.Ct. 595, 84 L.Ed. 819; Butzel v. Webster Apartments Co., 6 Cir., 112 F.2d 362, 366, it is ordered, adjudged and decreed that the order appealed from is affirmed.

**Joe VANCE, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 9932.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1941.

Joe Vance, in pro. per., for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.